## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 09, 2014

Elizabeth Lee Beck
Beck & Lee, P.A.
12485 SW 137TH AVE STE 205
MIAMI, FL 33186

Jared Harrison Beck
Beck & Lee, P.A.
12485 SW 137TH AVE STE 205
MIAMI, FL 33186

Appeal Number: 14-14658-FF
Case Style: George Ekins v. Harbourside Funding, LP, et al
District Court Docket No: 9:14-cv-80479-JIC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The brief of appellant has been filed. Eleventh Circuit Rule 31-1 requires that APPELLEE'S BRIEF BE SERVED AND FILED ON OR BEFORE The supplemental appendix, if needed, is due no later than 7 days after filing of appellee's brief.

The due date is calculated from the date the appellant's brief was served.

This is the only notice you will receive concerning the due date for filing briefs and appendices. See Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules, General Order 39 and the Guide to Electronic Filing for further information. Pro se parties who are incarcerated are not required to file an appendix.

If you have not entered your appearance in this appeal, please note that the clerk may not process your filings. See 11th Cir. R. 46-6. Appearance of Counsel Forms are available on the court's Web site.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Janet K. Mohler, FF
Phone #: (404) 335-6178

BR-5RCIV Civ Aple brf due frm trigger dt